# United States District Court
## Violation Notice

| Location Code | |
|---|---|
| WW12 | |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6943532 | MURRAY | 307 |

6943532

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 11/26/2019  0810 | 18 US Code 1361 |

Place of Offense

BUILDING 467 LOADING DOCK

Offense Description: Factual Basis for Charge   HAZMAT ☐

DAMAGE / DESTROY GOVERNMENT PROPERTY

LESS THAN $1,000

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| MAMEDOV | ELDAR | Y |

Street Address

[REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 64531RP | WA | 16 | VOLVO | | WHITE |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _[signature]_

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **26 Nov**, 20**19** while exercising my duties as a law enforcement officer in the **12** District of **WESTERN**

WASHINGTON - SEE ATTACHED

The foregoing statement is based upon:
☐ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/26/2019**   _[signature]_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident